# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>     **Plaintiff,**<br><br>     **v.**<br><br>**$625,638.00 IN UNITED STATES FUNDS,** *et al.*<br>     **First-Named Defendant Property.** | :<br>:   **CASE NO.: 3:22-CV-29 (CDL)**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFAULT JUDGMENT OF FORFEITURE AND FINAL ORDER
### OF FORFEITURE AGAINST ALL CLAIMANTS AS TO THE REMAINING
### <u>PORTION OF THE FIRST-NAMED DEFENDANT PROPERTY</u>

A Clerk's Entry of Default having been entered on June 15, 2022, in the above referenced case, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment of forfeiture and final order of forfeiture against the remaining portion of the First-Named Defendant Property, in the amount of five hundred eighty-five thousand, six hundred thirty-eight dollars ($585,638.00), having filed a proper Affidavit as to the property to be declared forfeited to the Plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is entered as follows: All right, title, and interest in the remaining portion of the First-Named Defendant Property in the amount of five hundred eighty-five thousand, six hundred thirty-eight dollars ($585,638.00) is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

Dated this 2nd day of August, 2022.

                                              S/Clay D. Land
                                      _____
                                        CLAY D. LAND, JUDGE
                                        UNITED STATES DISTRICT COURT
                                        MIDDLE DISTRICT OF GEORGIA